MN - 204
(Rev'd 9/09)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

**TRI Computer Solutions, Inc.**
**fdba Computer Parts & Peripherals, Inc.,**        BKY 15-40787-MER

Debtor.                                              Chapter 7

**NOTICE OF SALE**

To: The United States Trustee, all creditors and other parties in interest.

**NOTICE.** On April 21, 2015, or as soon thereafter as the transaction may be completed, and subject to objection under applicable rules, the undersigned trustee of the estate of the debtor named above will sell property of the estate as follows:

2003 Chevrolet Express Cube Van valued in the debtor's schedules at $3,500 and titled either in the name of the debtor TRI Computer Solutions, Inc. or Computer Parts & Peripherals, Inc., a business whose assets and liabilities were acquired by the debtor; and office equipment, furnishings, and supplies valued in the debtor's schedules at $2,260; will be sold by auction to the highest bidder. The auction will be conducted by Fred W. Radde & Sons, Inc. and Lundeen Auction & Appraisers, Inc., professional auctioneers whose retention is the subject of a separate application submitted herein. The auction is to follow the auctioneer's best efforts to advertise and sell the assets for the highest available price. The Trustee has received no offers for the purchase of these assets. The Trustee believes that sale by auction is in the best interests of the bankruptcy estate to recover the equity for creditors.

**OBJECTION: MOTION: HEARING**. Under applicable rules, any objection must be in writing, be served on the undersigned trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the date set for the sale. If an objection is timely served and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee. If an objection is made or an order is required, the undersigned trustee moves the court for such orders as may be necessary or appropriate.

| U.S. Bankruptcy Court | U.S. Trustee | Julia A. Christians, Trustee |
|---|---|---|
| 301 U.S. Courthouse | 1015 U.S. Courthouse | 120 South Sixth Street, Suite 2500 |
| 300 South Fourth Street | 300 South Fourth Street | Minneapolis, MN 55402 |
| Minneapolis, MN 55415 | Minneapolis, MN 55415 | |

Dated: March 27, 2015                         /e/ *Julia A. Christians*
                                              Julia A. Christians, Trustee
                                              120 South Sixth Street, Suite 2500
                                              Minneapolis, MN 55402
                                              (612) 338-5815

15-080